# Court of Appeals
# of the State of Georgia

ATLANTA,   August 09, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0066. GEORGE LEDET v. VANDAMM ENTERPRISES, LLC.

George Ledet filed a complaint and request for injunctive relief against Vandamm Enterprises, LLC, Tower Lending, LLC, and Tower Financial Services, Inc., asserting, among other things, claims of adverse possession, constructive fraud, breach of contract, and trespass relating to a foreclosure and writ of possession. The trial court entered an order granting Vandamm Enterprises's motion to dismiss, and Ledet filed this direct appeal from that order. We, however, lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (punctuation omitted). In such circumstances, there must be either an express determination that there is no just reason for delay under OCGA § 9-11-54 (b) or compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b). See id. "Where neither of these code sections [is] followed, the appeal is premature and must be dismissed." *Johnson*, supra. (punctuation omitted).

Here, the trial court's order resolved Ledet's claims against Vandamm Enterprises, but did not address Ledet's claims against the other defendants, and therefore it was not a final order. Moreover, the trial court did not direct the entry of final judgment in accordance with OCGA § 9-11-54 (b). Under these circumstances, Ledet could appeal the order only by following the interlocutory appeal procedure set

forth in OCGA § 5-6-34 (b). See *Johnson*, supra. His failure to follow this procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,   08/09/2018          *
          *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*